**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2796-17T1

FRANK SCHIPANI,

     Plaintiff-Appellant,

v.

MARYANN SCHIPANI,

     Defendant-Respondent.

_____

Submitted January 16, 2019 – Decided  February 14, 2019

Before Judges Koblitz, Currier, and Mayer.

On appeal from Superior Court of New Jersey, Chancery Division, Family Part, Union County, Docket No. FM-20-0583-08.

Jorge Cruz, attorney for appellant (Jorge Cruz and Thomas J. Butler, Jr., on the brief).

Respondent has not filed a brief.

PER CURIAM

We have been advised that this matter has been settled and the parties have executed a stipulation of dismissal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION